[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-16994
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 16, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 92-03007-CR-3-LAC-MD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAZARO AGUILAR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(June 16, 2009)

Before BIRCH, HULL and COX, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Lazaro Aguilar, has filed a motion

to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v.</u>

<u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent

review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals

no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the

revocation of Aguilar's supervised release and his sentence are **AFFIRMED**.